son, for respondent. No opinion. Judgment affirmed, with costs. See 132 App. Div. 674, 117 N. Y. Supp. 492. Order filed.

LEVY, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Abraham Levy against Adrian H. Joline and another. C. C. Roberts, for appellant. B. H. Ames, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

LIGUORI, Appellant, v. AMERICAN RY. TRAFFIC CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Elia Liguori against the American Railway Traffic Company. No opinion. Judgment and order unanimously affirmed with costs. See, also, 134 App. Div. 979, 119 N. Y. Supp. 1132.

LINNERT, Respondent, v. LEAR et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by George J. Linnert against Fred Lear and others. No opinion. Motion to dismiss appeal granted, with costs.

LOBSITZ, Respondent, v. LEFFLER, THIELE & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910. Action by Isaac Lobsitz against Leffler, Thiele & Co. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former opinion, see 124 N. Y. Supp. 533.

LOOMIS et al., Respondents, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910. Action by Leslie G. Loomis and another against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

LOOMIS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Leslie G. Loomis and another against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re LUSTIG. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of Abraham A. Lustig for admission to the bar. No opinion. Application granted.

LYNCH, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. July 12, 1910.) Action by Frank Lynch against the Lackawanna Steel Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

LYNCH, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Cornelius Lynch against the Syracuse Rapid Transit Railway Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 124 N. Y. Supp. 169.

In re LYTTLE. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the application of Miriam E. Lyttle for payment of award, damage parcel No. 61, in the matter of acquiring title to Blackwell's Island Bridge, etc. No opinion. Motion for a direction for payment of moneys deposited with the city chamberlain granted, without costs.

McARDELL, Respondent, v. AMERICAN CAR SPRINKLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by George J. McArdell against the American Car Sprinkler Company. No opinion. Judgment and order affirmed, with costs.

McARDELL, Respondent, v. AMERICAN CAR SPRINKLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5. 1910.) Action by George J. McArdell against the American Car Sprinkler Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

In re McCARTY'S WILL. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the probate of the last will and testament of Sara A. McCarty, deceased. No opinion. Motion to dismiss appeal denied, and permission to file an undertaking as provided by section 1303 of the Code of Civil Procedure granted.

McCLELLAND, Appellant, v. KALISON, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Henry J. McClelland against Abram Kalison. No opinion. Judgment of the Municipal Court affirmed, with costs.

McCORMICK, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) Action by John McCormick against James M. Thompson.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant shall within 10 days pay to the respondent's attor-